MR. GETZELL J. MURRELL
#1954144
810 FM 2821
HUNTSVILLE, TEXAS 77349

RECEIVED IN
December 11,2015 COURT OF CRIMINAL APPEALS


DEC 17 2015


Abel Acosta, Clerk

RE: TCCA NO. WR-51,130-02,    STATUS REPORT


ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711


Dear Sir,

My name is Getzell Johnson Murrell. I am the applicant in WR-51,130-02 now pending

before the court. I am requesting that your office provide me with a status report

of the current writ before the court.

I want to thank you in advance for your assistance in this matter.


                              Respectfully submitted,

                              Getzell J. Murrell
                              Reg. No. 1954144
                              810 FM 2821
                              Huntsville, Texas 77349